UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2015 JUN -4 AM 9:07

| UNITED STATES OF AMERICA, | CASE NO. 10CR5016-H |
|---|---|
| Plaintiff, | BOOKING NO. 28531-298 |
| vs. | JUDGMENT OF DISMISSAL |
| ROBERT COTA, JR. (5),<br>also known as: Bobby,<br>also known as: Robert Ayala Cota,<br>Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

**X** **the Court has granted the oral motion of the Government for dismissal, without prejudice;** or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X** **of the offenses as charged in the Second Superseding Indictment and the Third Superseding Indictment:**

**21 U.S.C. 841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine**

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 6/3/15

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE